UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 99-cr-00183-DBS

UNITED STATES OF AMERICA,

                Plaintiff,

v.

JOHN SARPY,

                Defendant,

and

REPSOL SERVICES COMPANY,

                Garnishee.

## GARNISHEE ORDER

A Writ of Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee. Pursuant to the Writ of Garnishment, the Garnishee filed an Answer on August 17, 2009, stating that at the time of the service of the Writ he had in his possession or under his control personal property belonging to and due Defendant, and that garnishee was indebted to Defendant in the form of wages paid to the debtor.

On July 24, 2009, Defendant was notified of his right to a hearing and has not requested a hearing to determine exempt property.

**IT IS THEREFORE ORDERED** that Garnishee pay each pay period 25% of defendant's disposable wages to Plaintiff and continue said payments until the debt to the Plaintiff is paid in full or until the garnishee no longer has custody, possession or

control of any property belonging to the debtor or until further order of this Court.

DONE AT DENVER, COLORADO, this 31st day of August, 2009.

BY THE COURT:

_____
UNITED STATES DISTRICT JUDGE

KRISTEN L. MIX
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO